JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELICIA AKUA AWUDZA,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES JANECKA, ET AL.,<br><br>        Respondents. | No. CV 26-5757-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that this action is dismissed without prejudice.

DATED:  June 15, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE